IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MICHAEL DANIEL HAMMONDS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:19CV599 |
| | ) | 1:02CR118-1 |
| UNITED STATES OF AMERICA, | ) | 1:02CR119-1 |
| | ) | |
| Respondent. | ) | |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Petitioner in this action submitted a filing seeking relief under the First Step Act of 2018. However, section 404 of the First Step Act of 2018 provides that the Court "may, on motion of the defendant, the Director of the Bureau of Prisons, the attorney for the Government, or the court, impose a reduced sentence as if sections 2 and 3 of the Fair Sentencing Act of 2010 (Public Law 111-220; 124 Stat. 2372) were in effect at the time the covered offense was committed." Those provisions of the Fair Sentencing Act affected offenses involving cocaine base (crack) under 21 U.S.C. § 841(b)(1)(A) and (B). Here, initial screening of Petitioner's filing reveals that Petitioner was not convicted of such an offense. Other provisions of the Act were not made retroactive on collateral review. For these reasons, Petitioner cannot assert a claim under the First Step Act.

Petitioner also does not appear to raise any separate claim under 28 U.S.C. § 2255, but the Court treated his filing as a Motion (1:02CR118-1, Docket Entry 43; 1:02CR119-1, Docket Entry 156) under that statute for administrative purposes and out of an abundance of caution given that Petitioner seeks to attack the sentence he received in this Court.

Petitioner has such a Motion pending in case 1:16CV818. If Petitioner does seek to raise a viable claim under § 2255 not already addressed in that Motion, he must move to amend his pending Motion in that case. The present action should be dismissed without prejudice to him doing so.

IT IS THEREFORE RECOMMENDED that Petitioner's request for relief under the First Step Act be denied and that this action be dismissed sua sponte without prejudice to Petitioner moving to amend his pending § 2255 Motion in case 1:16CV818 if he seeks to add a further claim under § 2255.

This, the 1st day of July, 2019

_____
Joe L. Webster
United States Magistrate Judge